UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| CELIA WEISS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:04-CV-027RM |
| | ) | |
| INDIANA UNIVERSITY BOARD OF | ) | |
| TRUSTEES, INDIANA UNIVERSITY | ) | |
| SOUTH BEND, INDIANA UNIVERSITY | ) | |
| and JON MEYER, | ) | |
| | ) | |
| Defendants | ) | |

OPINION AND ORDER

On June 29, the defendants filed a motion to withdraw their bill of costs because the parties resolved the matter through settlement. Having considered the grounds, the court now GRANTS the defendants' motion to withdraw [Doc. No. 54].

SO ORDERED

ENTERED: July 11, 2005

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc:   B. Hurley
      J. Hull, T. Brunner